■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRINCE ADOMAKO, Appellant. [996 NYS2d 526]—Judgment, Supreme Court, Bronx County (Ralph Fabrizio, J., at speedy trial motion; Robert E. Torres, J., at nonjury trial and sentencing), rendered July 11, 2007, convicting defendant of attempted assault in the third degree and harassment in the second degree, and sentencing him to a term of one year's probation, with restitution and community service, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The record demonstrates that the People disproved the defense of justification beyond a reasonable doubt.

Defendant's challenges to the court's denial of his speedy trial motion are unpreserved (*see e.g. People v Luperon*, 85 NY2d 71, 77-78 [1995]), and we decline to review them in the interest of justice. Concur—Friedman, J.P., Acosta, Moskowitz, Richter and Clark, JJ.